JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., a California nonprofit corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>CENTURY 21 LOIS LAUER REALTY, et. al.<br><br>            Defendants. | Case No: EDCV 14-1502 DSF (FFMx)<br><br>**CONSENT DECREE** |

Good cause appearing, the Court enters this Consent Decree.

## TERM

The term of this Consent Decree shall be three years.

### A.    INJUNCTION

Defendants CENTURY 21 LOIS LAUER REALTY, a California corporation and JEAN MILLER-MILLIGAN ("Defendants"), their agents, employees, and all persons in active concert or participation with any of them, are permanently enjoined with respect to the sale or rental of dwellings at any of their properties in Riverside County, California and San Bernardino County, California from:

1. Refusing to rent or sell a dwelling, refusing or failing to provide or offer information about a dwelling, or otherwise making unavailable or denying a dwelling to any person because of race, color, national origin, sex, handicap, familial status, or religion;

2. Discouraging or encouraging prospective tenants or purchasers from obtaining information about, viewing, applying to rent, renting, or inquiring about purchasing any dwelling, on the basis of race, color, national origin, sex, handicap, familial status, or religion;

3. Discriminating against any person in the terms, conditions or privileges of rental or sale of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, national origin, sex, handicap, familial status, or religion;

4. Refusing to show prospective tenants or purchasers with companion animals or service animals or families with children available residential dwellings;

5. Imposing different terms or conditions for applications for tenancy or potential contracts for purchase on prospective tenants or purchasers with companion animals or service animals;

6. Misrepresenting the availability of dwellings for rent or sale on the basis of race, color, national origin, sex, handicap, familial status, or religion, or providing different information about the availability of residential dwellings on the basis of race, color, national origin, sex, handicap, familial status or religion;

7. Withholding information regarding the availability of rentals or sales of residential dwellings the basis of race, color, national origin, sex, handicap, familial status, or religion;

8. Making, printing, publishing, or causing to be made, printed, or published any notice, statement or advertisement with respect to the rental or sale of a residential dwelling that indicates any preference, limitation or discrimination on the basis of race, color, national origin, sex, handicap, familial status, or religion.

## B.     FAIR HOUSING TRAINING

Defendants and their agents, including each and every current broker, sales agent and anyone involved in counseling sellers regarding residential sales listings or creating such residential sales listings on behalf of Defendants or their clients and every broker, sales agent and anyone involved in counseling sellers regarding residential sales listings or creating such residential sales listings hired by Defendants in the three-year period following entry of this Consent Decree shall undergo yearly fair housing training to be provided by Plaintiff FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., a California non-profit corporation ("Plaintiff") once per year for a three-year period. The cost of such training is not included in the monies paid by Defendants in this agreement, and shall be paid to Plaintiff prior to the commencement of each training. The first of such trainings shall be initiated within 60 days of the date of entry of this Consent Decree.

## C.     COMPLIANCE BY EMPLOYEES

Defendants shall furnish to each and every current broker, sales agent, and anyone involved in counseling sellers regarding residential sales listings or creating such residential sales listings on behalf of Defendants or their clients and every broker, sales agent and anyone involved in counseling sellers regarding residential sales listings or creating such residential sales listings hired by Defendants in the three-year period following entry of this Consent Decree a copy of this Consent Decree and inform each such person that noncompliance with this Consent Decree may lead to sanctions imposed by the Court.  Defendants shall also obtain a signed statement from each and every current broker, sales agent, and anyone involved in counseling sellers regarding residential sales listings or creating such residential sales listings on behalf of Defendants or their clients and every broker, sales agent, and anyone involved in counseling sellers regarding residential sales listings or creating such residential sales listings hired by Defendants in the three-year period following entry of this Consent Decree that he or she has received, read, and understood this Consent Decree.  Copies

of such statements shall be provided to Plaintiff within 60 days of the date of entry of this Consent Decree for current brokers, sales agents, and anyone else involved in counseling sellers regarding residential sales listings or creating such residential sales listings on behalf of Defendants or their clients and within 60 days of the beginning of the agency relationship for future brokers, sales agents, and anyone else involved in counseling sellers regarding residential sales listings or creating such residential sales listings hired by Defendants.

### D.     PUBLIC NOTICE AND OUTREACH

Defendants will post and maintain a fair housing sign in a form approved by the Secretary of HUD in all offices in which it performs any business related to the rental or sale of residential housing.  Defendant shall also include the words "Equal Housing Opportunity Provider" or the fair housing logo in all advertising conducted and paid for by Defendants in newspapers, radio, television or other media, including telephone directory display ads, and on billboards, sign, pamphlets, brochures, and other promotional literature.  Those words shall be prominently placed and easily legible.

### E.     ENFORCEMENT

The Court reserves jurisdiction to enforce the terms of the settlement and Consent Decree.  The settlement and Consent Decree, may be enforced by way of noticed motion or ex parte application.  The prevailing party in any such enforcement proceeding shall be entitled to recover reasonable attorney's fees and costs.

IT IS SO ORDERED.

Dated: November 23, 2015          *Dale S. Fischer*  ___

DALE S. FISCHER

Judge of the United States District Court