JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF RIVERSIDE COUNTY, INC., a California nonprofit corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>CENTURY 21 LOIS LAUER REALTY, et. al.<br><br>            Defendants. | Case No: EDCV 14-1502 DSF (FFMx)<br><br>**CONSENT DECREE** |

Good cause appearing, the Court enters this Consent Decree.

## **TERM**

The term of this Consent Decree shall be three years.

### A.      **INJUNCTION**

Defendant VILLA PARKDALE HOMEOWNER'S ASSOCATION ("Defendant"), its agents, employees, and all persons in active concert or participation with it, are permanently enjoined with respect to the governance or management of any homeowner's association in Riverside County, California and San Bernardino County, California from:

   1.      Refusing to permit ownership or occupancy of a dwelling, refusing or

failing to provide or offer information about a dwelling, or otherwise making unavailable or denying a dwelling to any person because of race, color, national origin, sex, handicap, familial status, or religion;

2. Discouraging or encouraging current or prospective owners or occupants from owning or occupying any dwelling, on the basis of race, color, national origin, sex, handicap, familial status, or religion;

3. Discriminating against any person in the terms, conditions or privileges of ownership or occupancy of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, national origin, sex, handicap, familial status, or religion;

4. Imposing different terms or conditions for applications for ownership or occupancy on current or prospective owners or occupants with companion animals, service animals or children;

5. Misrepresenting the availability of dwellings for ownership or occupancy on the basis of race, color, national origin, sex, handicap, familial status, or religion, or providing different information about the availability of residential dwellings on the basis of race, color, national origin, sex, handicap, familial status, or religion;

6. Withholding information regarding the availability of ownership or occupancy residential dwellings the basis of race, color, national origin, sex, handicap, familial status, or religion;

7. Making, printing, publishing, or causing to be made, printed, or published any notice, statement or advertisement with respect to the ownership or occupancy of a residential dwelling that indicates any preference, limitation or discrimination on the basis of race, color, national origin, sex, handicap, familial status, or religion.

8. However, nothing in this Order shall prevent Villa Parkdale Homeowner's Association from attempting to obtain approval for or qualify as "housing for older persons" as defined by the Fair Housing Act or attempting to obtain approval for or qualify as "senior citizen housing" under the California Unruh Civil Rights Act.

## B. MODIFICATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS

Defendant shall take the necessary steps to remove any and all discriminatory language in its Covenants, Conditions, and Restrictions ("CCRs"). Defendant shall remove any such language from the CCRs by January 4, 2016.

## C. COMPLIANCE BY EMPLOYEES

Defendant shall furnish to each and every current employee and board member and any employee or board member hired or elected in the three-year period following entry of this Consent Decree a copy of this Consent Decree and inform each such person that noncompliance with this Consent Decree may lead to sanctions imposed by the Court. Defendant shall also obtain a signed statement from each and every current employee and board member and any employee or board member hired or elected in the three-year period following entry of this Consent Decree that he or she has received, read and understood this Consent Decree. Copies of such statements shall be provided to Plaintiff within 60 days of the date of entry of this Consent Decree for each and every current employee and board member and within 60 days of beginning of the agency relationship for any future employee or board member.

## D. PUBLIC NOTICE AND OUTREACH

Defendant will post and maintain a fair housing sign in a form approved by the Secretary of HUD in all offices in which it performs any business related to the governance or management of any homeowner's association. Defendant shall also include the words "Equal Housing Opportunity Provider" or the fair housing logo in all advertising conducted and paid for by Defendant in newspapers, radio, television or other media, including telephone directory display ads, and on billboards, sign, pamphlets, brochures, and other promotional literature. Those words shall be prominently placed and easily legible.

## E. ENFORCEMENT

The court reserves jurisdiction to enforce the terms of the settlement and Consent

1  Decree.  The settlement and Consent Decree may be enforced by way of noticed motion
2  or ex parte application.  The prevailing party in any such enforcement proceeding shall
3  be entitled to recover reasonable attorney's fees and costs.

4      IT IS SO ORDERED.

5 Dated: November 23, 2015  _____

6                       DALE S. FISCHER

7              Judge of the United States District Court